UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST LABORERS-EMPLOYERS HEALTH & SECURITY TRUST,<br><br>                Plaintiff,<br><br>    v.<br><br>WESTERN WASHINGTON LABORERS-EMPLOYERS PENSION TRUST, *et al.,*<br><br>                Defendants. | CASE NO. 2:17-cv-01735-BAT<br><br>**ORDER DIRECTING PARTIES TO COMPLY WITH PRETRIAL SCHEDULE** |

      Pursuant to the Court's Scheduling Order (Dkt. 10), the parties were to participate in mediation by October 26, 2018, and the Plaintiff's Pretrial Statement was due on November 13, 2018. Nothing has been filed in this case since May 24, 2018. Dkt. 18.

      The parties shall immediately notify the Court of the status of this case and comply with all deadlines. If this case has settled, Plaintiff's counsel shall immediately advise the Court of that fact by calling Deputy Clerk Agalelei Elkington at (206) 370-8421 or e-mail: Agalelei_elkington@wawd.uscourts.gov. Pursuant to LCR 11(b), an attorney who fails to give the Deputy Clerk prompt notice of settlement may be subject to such discipline as the Court deems appropriate.

      DATED this 16th day of November, 2018.

                                                                   BRIAN A. TSUCHIDA
                                                    Chief United States Magistrate Judge