UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORTHWEST LABORERS-EMPLOYERS HEALTH & SECURITY TRUST, et al.,

Plaintiffs,

v.

BARRY CIVIL CONSTRUCTION, INC.,

Defendant.

CASE NO. 2:17-cv-01735-BAT

**ORDER OF DISMISSAL WITH PREJUDICE**

Based upon the parties' Stipulation for Order to Dismiss with Prejudice (Dkt. 20), it is hereby **ORDERED** that any and all claims against Defendant Barry Civil Construction, Inc. for fringe benefits contributions and wage deductions for March 2014 through December 2017, are hereby **dismissed with prejudice and without costs**.

DATED this 11th day of January, 2019.

BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER OF DISMISSAL WITH PREJUDICE